UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ANTHONY S. BERRINGER,

        Plaintiff,

    v.

M. SANDAVOL, et al.,

        Defendants.

No. C 12-2512 PJH (PR)

**ORDER FOR PLAINTIFF TO SHOW CAUSE**

        This is a pro se civil rights complaint under 42 U.S.C. § 1983 filed by a state prisoner. A prisoner plaintiff, such as plaintiff here, may not bring a civil action or appeal a civil judgment in forma pauperis "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). "Section 1915(g)'s cap on prior dismissed claims applies to claims dismissed both before and after the [PLRA's] effective date." *Tierney v. Kupers*, 128 F.3d 1310, 1312 (9th Cir 1997).

        Plaintiff has had at least four cases previously dismissed as frivolous, malicious, or for failure to state a claim. These are: *Berringer v. Salinas Valley State Prison*, C 06-0270 CW (PR) (N.D. Cal. Jan. 8, 2008) (dismissal for failure to state a claim); *Berringer v. Salinas Valley State Prison Kitchen Staff*, C 06-2839 CW (PR) (N.D. Cal. Nov. 1, 2006) (dismissing duplicative complaint as abusive); *Berringer v. Chaverine*, C 06-5832 CW (PR) (N.D. Cal. Nov. 1, 2006) (dismissing duplicative complaint as abusive); *Berringer v.*

1  *California Department of Corrections*, C 07-3353 CW (PR) (N.D. Cal. July 13, 2007)
2  (dismissing duplicative complaint as abusive).
3      Plaintiff shall show cause within thirty days of the date this order is served why leave
4  to proceed IFP should not be denied because of the "strikes" identified above. If he does
5  not respond or is unable to demonstrate that two or more of the cases listed above should
6  not be considered strikes, leave to proceed in forma pauperis will be denied.
7  **IT IS SO ORDERED.**
8  Dated: June 12, 2012.
                                    PHYLLIS J. HAMILTON
9                                   United States District Judge

G:\PRO-SE\PJH\CR.12\BERRINGER2512.OSC-P.wpd

2